UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH HENRY ROWEHL,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No: 8:12-cv-1744-T-35EAJ

OMNI CREDIT SERVICES OF
FLORIDA, INC. and CAVALRY
PORTFOLIO SERVICES, LLC,

    Defendants.
_____/

### ORDER DIRECTING ADMINISTRATIVE CLOSURE

On September 27, 2012, the Plainitff's filed a Notice of settlement, informing the Court that the above-captioned case was settled. (Dkt. 11) Therefore it is hereby

**ORDERED** that this case be **administratively closed** pending receipt of a final stipulation of dismissal within sixty (60) calendar days from the date of this Order. If no stipulation is received, and no request for extension of time is filed, the Clerk of Court shall dismiss the case with prejudice with no further order. The Clerk is directed to terminate any pending motions in this case.

DONE and ORDERED in Tampa, Florida, this 2nd day of October, 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Any pro se party